SUSAN E. STEVENSON, Respondent, v. DE WITT C. HASKINS, Appellant.

No. 1210; December 1, 1856.

Appeal—Harmless Error.—A Judgment is not to be Reversed for errors disclosed by the record when, from the whole facts legitimately proved, the verdict has as nearly accomplished strict justice as is ever attained in warmly contested litigation.

·APPEAL from Superior Court, San Francisco County.

W. W. Crane, Jr., for respondent; James B. Townsend for appellant.

HEYDENFELDT, J.—There are errors disclosed by the record which occurred upon the trial of this cause, but they are not such as render it necessary to reverse the judgment, for upon the whole of the facts which were legitimately proved the verdict attained by the jury has as nearly accomplished strict justice between the parties as is ever attained in a warmly contested litigation.

Judgment affirmed.

I concur: Terry, J.